THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESTERN EXPRESS INTERNATIONAL INC. et al., Defendants, and LYNDON ROACH, Appellant.

Submitted October 17, 2011; decided October 20, 2011

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to appellant Lyndon Roach on the appeal herein.